# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-CR-39 CJW-MAR |
| Plaintiff, | |
| vs. | **ORDER** |
| ROBERT LEE MICHAEL BATES, | |
| Defendant. | |

---

This matter is before the Court on a Report and Recommendation ("R&R") of the Honorable Mark A. Roberts, United States Magistrate Judge. (Doc. 368). On October 21, 2022, defendant filed a motion to suppress incriminating statements made to law enforcement. (Doc. 246). On November 11, 2022, the government timely filed a resistance. (Doc. 269). On December 5, 2022, Judge Roberts held a hearing on the motion. (Doc. 296). On December 9, 2022, defendant filed supplemental briefing. (Doc. 304). On December 13, 2022, the government timely filed a reply. (Doc. 308).

On January 23, 2023, Judge Roberts issued his R&R, recommending that the Court deny defendant's motion to suppress. (Doc. 368). Specifically, Judge Roberts held that: (1) defendant's March 29, 2021, meeting with law enforcement was non-custodial (*Id.*, at 11-15); (2) defendant's circumstances were distinguishable from those in *United States v. Ollie*, 442 F.3d 1135 (8th Cir. 2006) (*Id.*, at 15); (3) defendant's statements in the March 29, 2021, meeting were voluntary (*Id.*, at 16-17), and; (4) use of defendant's statements was not fundamentally unfair because the interaction was not recorded (*Id.*, at 17-19).

In his R&R, Judge Roberts provided the parties with fourteen days to file objections because of the proximity of the trial date. (*Id.*, at 19). Thus, the deadline

for the parties to file objections to Judge Roberts' R&R was Monday, February 6, 2023.

The time to object to the R&R has expired, and neither party has filed any objections. Thus, the parties have waived their right to a de novo review of the R&R. *See, e.g.*, *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001) ("Appellant's failure to file any objections waived his right to de novo review by the district court of any portion of the report and recommendation of the magistrate judge as well as his right to appeal from the findings of fact contained therein." (citation and internal quotation marks omitted)). Accordingly, the Court reviews Judge Roberts' R&R for plain error. *Id.* The Court finds no plain error in Judge Roberts' decision. Accordingly, the Court **adopts** the factual findings and legal conclusions in the R&R (Doc. 368) without modification. Defendant's motion to suppress (Doc. 246) is **denied**.

**IT IS SO ORDERED** this 13th day of February, 2023.

_____
C.J. Williams
United States District Judge
Northern District of Iowa